# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| Case No.: | 18-52031-MAR | Trustee Name: Douglas S. Ellmann |
| Case Name: | PICKERING, CHRYSTAL A. | Date Filed (f) or Converted (c): 08/30/2018 (f) |
| For the Period Ending: | 10/19/2018 | §341(a) Meeting Date: 10/10/2018 |
| | | Claims Bar Date: |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1. Manufactured or mobile home 6655 Jackson Rd., Unit 179 Ann Arbor, MI - 48103-0000 Washtenaw | $32,000.00 | $0.00 | | $0.00 | FA |
| 2. Single-family home 22129 Hoytville Deshler, OH - 43516-0000 Wood | Unknown | $0.00 | | $0.00 | FA |
| 3. Duplex or multi-unit building 204 North Lind St. Deshler, OH - 43516-0000 Henry | Unknown | $0.00 | | $0.00 | FA |
| 4. 2015 Jeep Cherokee mileage: 80,000 | $12,685.00 | $0.00 | | $0.00 | FA |
| 5. 2009 Dodge Caravan Sta-Wagon mileage: 170,000 Location: 6655 Jackson Rd., Unit 179, Ann Arbor MI 48103 | $1,375.00 | $0.00 | | $0.00 | FA |
| 6. Appliances, furniture, kitchenware, linens, clothing, wedding rings, miscellaneous. No item worth greater than $600. Location: 6655 Jackson Road, Ann Arbor MI 48105 | $750.00 | $0.00 | | $0.00 | FA |
| 7. Television, stereo, DVD, personal computer and related equipment. No single item worth greater than $600. Location: 6655 Jackson Road, Ann Arbor MI 48105 | $800.00 | $400.00 | | $0.00 | FA |
| 8. Misc. used clothing | $150.00 | $150.00 | | $0.00 | FA |
| 9. Checking Huntington Bank, checking acct. # 2123 | $0.22 | $0.22 | | $0.00 | FA |
| 10. Checking Huntington Bank checking acct. #: 3945 | $0.00 | $0.00 | | $0.00 | FA |
| 11. 403(b) University of Michigan Retirement 403(b) Plan | $3,981.00 | $0.00 | | $0.00 | FA |
| 12. possible tax refund (u) | $0.00 | $1,000.00 | | $0.00 | $1,000.00 |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|
| | $51,741.22 | $1,550.22 | | $0.00 | $1,000.00 |

**Major Activities affecting case closing:**

10/19/2018    Trustee is investigating possible tax refund

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 18-52031-MAR | | Trustee Name: | Douglas S. Ellmann |
|---|---|---|---|---|
| Case Name: | PICKERING, CHRYSTAL A. | | Date Filed (f) or Converted (c): | 08/30/2018 (f) |
| For the Period Ending: | 10/19/2018 | | §341(a) Meeting Date: | 10/10/2018 |
| | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 08/30/2021 | /s/ DOUGLAS S. ELLMANN |
| **Current Projected Date Of Final Report (TFR):** | 08/30/2021 | DOUGLAS S. ELLMANN |