UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: |
Pickering Chrystal    CASE NO. 18-52031-MAR

| CHAPTER 7
| Hon. Mark A. Randon

Debtor(s) |

NOTICE OF WITHDRAWAL OF TRUSTEE'S REPORT OF NO DISTRIBUTION

DOUGLAS S. ELLMANN, Trustee, withdraws his report of no distribution report in this matter.

Date: 5/17/2019          /s/Douglas S. Ellmann
                         DOUGLAS S. ELLMANN, TRUSTEE
                         308 W. HURON
                         ANN ARBOR, MI 48103
                         734 668 4800
                         dse@ellmannlaw.com